# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION (CLEVELAND)

| | |
|---|---|
| **VIRGINIA BARNES**, individually and on behalf of all similarly situated individuals,<br><br>        Plaintiffs,<br><br>vs.<br><br>**THE PROGRESSIVE CORPORATION; PROGRESSIVE NORTHERN INSURANCE COMPANY; DRIVE INSURANCE HOLDINGS, INC; and DOES 1-10.**<br>        Defendants. | Case No. 1:17-cv-00865<br><br>Hon. Patricia A. Gaughan<br><br>**MOTION TO ADMIT JACOB R. RUSCH PRO HAC VICE** |

---

## MOTION FOR ADMISSION OF JACOB R. RUSCH
## *PRO HAC VICE*

Pursuant to N.D. Ohio Civ. R. 83.5(h), Mark M. Abramowitz, attorney for Plaintiff, Virginia Barnes, in the above-captioned action, hereby moves the Court to admit Jacob R. Rusch *pro hac vice* to appear and participate as counsel or co-counsel in this case for Plaintiff, and in support of his motion, states as follows:

1. Mr. Rusch has been a member of the bar of the State of Minnesota since May 6, 2011.

2. Mr. Rusch is and has been a member in good standing of the bar of the United States District Court, District of Minnesota since August 22, 2012.

3. Mr. Rusch is and has a been a member in good standing of the bar of the United States District Court, Central District of Illinois since April 17, 2017.

4. Mr. Rusch is a member in good standing in every jurisdiction in which he is

admitted to practice.

5. There are no disciplinary proceedings pending against Mr. Rusch as a member of any bar in any jurisdiction.

6. Mr. Rusch is familiar with the Local Rules of the United States District Court for the Northern District of Ohio.

7. In further support of this motion, Mr. Rusch has submitted herewith his Certificate of Good Standing. *See* Exhibit A.

8. Mr. Rusch is already registered for electronic filing with this court.

9. Mr. Rusch's relevant identifying information is as follow:

> Jacob R. Rusch, Esq.
> Johnson Becker, PLLC
> 444 Cedar Street, Suite 1800
> Saint Paul, MN 55101
> Telephone No.: (612) 436-1800
> Fax No.: (612) 436-1801
> E-mail: jrusch@johnsonbecker.com

WHEREFORE, the undersigned counsel respectfully moves this Court to admit Jacob R. Rusch, *pro hac vice*.

DATE: May 1, 2017                    Respectfully Submitted,

>                                    */s/Mark M. Abramowitz*
>                                    Mark M. Abramowitz (0088145)
>                                    Mark A. DiCello (0063924)
>                                    **DICELLO LEVITT AND CASEY**
>                                    7556 Mentor Ave.
>                                    Mentor, Ohio 44060
>                                    Telephone: (440) 953-8888
>                                    Fax: (440) 953-9138
>                                    mabramowitz@dlcfirm.com
>                                    madicello@dlcfirm.com
>                                    *Local Counsel for Plaintiff*

Jacob R. Rusch (MN Bar No. 391892)\*
Molly E. Nephew (MN Bar No. 397607)\*
*\*Pro Hac Anticipated*
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
Saint Paul, Minnesota 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
jrusch@johnsonbecker.com
mnephew@johnsonbecker.com
*Trial Attorneys for Plaintiff*
