UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CLEVELAND)

| | |
|---|---|
| **VIRGINIA BARNES**, individually and on behalf of all similarly situated individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> **THE PROGRESSIVE CORPORATION; PROGRESSIVE NORTHERN INSURANCE COMPANY; DRIVE INSURANCE HOLDINGS, INC; and DOES 1-10.** <br><br> Defendants. | Case No. 1:17-cv-00865 <br><br> Hon. Patricia A. Gaughan <br><br> **MOTION TO ADMIT MOLLY E. NEPHEW PRO HAC VICE** |

_____

**MOTION FOR ADMISSION OF MOLLY E. NEPHEW**
*PRO HAC VICE*

Pursuant to N.D. Ohio Civ. R. 83.5(h), Mark M. Abramowitz, attorney for Plaintiff, Virginia Barnes, in the above-captioned action, hereby moves the Court to admit Molly E. Nephew *pro hac vice* to appear and participate as counsel or co-counsel in this case for Plaintiff, and in support of her motion, states as follows:

1. Ms. Nephew has been a member of the bar of the State of Minnesota since October 30, 2015.

2. Ms. Nephew is and has been a member in good standing of the bar of the United States District Court, District of Colorado since June 21, 2016.

3. Ms. Nephew is and has been a member in good standing of the bar of the United States District Court, District of Minnesota since July 5, 2016.

1

4. Ms. Nephew is and has been a member in good standing of the bar of the United States District Court, Central District of Illinois since April 17, 2017.

5. Ms. Nephew is a member in good standing in every jurisdiction in which she is admitted to practice.

6. There are no disciplinary proceedings pending against Ms. Nephew as a member of any bar in any jurisdiction.

7. Ms. Nephew is familiar with the Local Rules of the United States District Court for the Northern District of Ohio.

8. In further support of this motion, Ms. Nephew has submitted herewith her Certificate of Good Standing.  *See* Exhibit A.

9. Ms. Nephew's relevant identifying information is as follow:

Molly E. Nephew, Esq.
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Telephone No.: (612) 436-1800
Fax No.: (612) 436-1801
E-mail: mnephew@johnsonbecker.com

WHEREFORE, the undersigned counsel respectfully moves this Court to admit Molly E. Nephew *pro hac vice*.

DATE: May 1, 2017                                    Respectfully Submitted,

 */s/ Mark M. Abramowitz*
Mark M. Abramowitz (0088145)
Mark A. DiCello (0063924)
**DICELLO LEVITT AND CASEY**
7556 Mentor Ave.
Mentor, Ohio 44060
Telephone: (440) 953-8888
Fax: (440) 953-9138
mabramowitz@dlcfirm.com
madicello@dlcfirm.com
*Local Counsel for Plaintiff*

2

Jacob R. Rusch (MN Bar No. 391892)*
Molly E. Nephew (MN Bar No. 397607)*
*Pro Hac Anticipated*
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
Saint Paul, Minnesota 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
jrusch@johnsonbecker.com
mnephew@johnsonbecker.com
*Trial Attorneys for Plaintiff*