UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CLEVELAND)

| | |
|---|---|
| **VIRGINIA BARNES**, individually and on behalf of all similarly situated individuals,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>**THE PROGRESSIVE CORPORATION; PROGRESSIVE NORTHERN INSURANCE COMPANY; DRIVE INSURANCE HOLDINGS, INC; and DOES 1-10.**<br>　　　　Defendants. | Case No. 1:17-cv-00865<br><br>Hon. Patricia A. Gaughan<br><br>**MOTION TO ADMIT DAVID H. GROUNDS PRO HAC VICE** |

___

## MOTION FOR ADMISSION OF DAVID H. GROUNDS
### *PRO HAC VICE*

Pursuant to N.D. Ohio Civ. R. 83.5(h), Mark A. DiCello, attorney for Plaintiff, Virginia Barnes, in the above-captioned action, hereby moves the Court to admit David H. Grounds *pro hac vice* to appear and participate as counsel or co-counsel in this case for Plaintiff, and in support of his motion, states as follows:

1. Mr. Grounds has been a member of the bar of the State of Minnesota since October 30, 1998.

2. Mr. Grounds is and has been a member in good standing of the bar of the United States District Court, District of Minnesota since March 1, 2001.

3. Mr. Grounds is and has been a member in good standing of the bar of the United States District Court, District of Colorado since May 5, 2016.

1

4. Mr. Grounds is and has been a member in good standing of the bar of the United States District Court, Western District of Wisconsin since February 21, 2006.

5. Mr. Grounds is and has been a member in good standing of the bar of the United States Supreme Court since November 1, 2016.

6. Mr. Grounds is a member in good standing in every jurisdiction in which he is admitted to practice.

7. There are no disciplinary proceedings pending against Mr. Grounds as a member of any bar in any jurisdiction.

8. Mr. Grounds is familiar with the Local Rules of the United States District Court for the Northern District of Ohio.

9. In further support of this motion, Mr. Grounds has submitted herewith his Certificate of Good Standing. *See* Exhibit A.

10. Mr. Grounds' relevant identifying information is as follow:

    David H. Grounds, Esq.
    Johnson Becker, PLLC
    444 Cedar Street, Suite 1800
    Saint Paul, MN 55101
    Telephone No.: (612) 436-1800
    Fax No.: (612) 436-1801
    E-mail: dgrounds@johnsonbecker.com

WHEREFORE, the undersigned counsel respectfully moves this Court to admit David H. Grounds *pro hac vice*.

DATE: October 25, 2017              Respectfully Submitted,

                                    /s/ Mark A. DiCello
                                    Mark M. Abramowitz (0088145)
                                    Mark A. DiCello (0063924)
                                    **DiCello Levitt and Casey**
                                    7556 Mentor Ave.
                                    Mentor, Ohio 44060
                                    Telephone: (440) 953-8888

Fax: (440) 953-9138
mabramowitz@dlcfirm.com
madicello@dlcfirm.com

*Local Counsel for Plaintiff*

Jacob R. Rusch (MN Bar No. 391892)
Molly E. Nephew (MN Bar No. 397607)
David H. Grounds (MN Bar No. 285742)*
**Pro Hac Anticipated*
**JOHNSON BECKER, PLLC**
444 Cedar Street, Suite 1800
Saint Paul, Minnesota 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
jrusch@johnsonbecker.com
mnephew@johnsonbecker.com
dgrounds@johnsonbecker.com

*Trial Attorneys for Plaintiff*

3