IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| VIRGINIA BARNES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE PROGRESSIVE CORPORATION; et al.,<br><br>　　　　　　Defendants. | CASE NO. 1:17-CV-00865-PAG<br><br>JUDGE PATRICIA A. GAUGHAN<br><br>**JOINT MOTION FOR APPROVAL OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　The Parties respectfully move this Court to review the Parties' Joint Stipulation of Settlement and Release (the "Settlement") and for an Order approving the Settlement as fair and reasonable. In support of this motion, the Parties state:

　　　　1.　　Representative Plaintiff Virginia Barnes commenced the Action on behalf of herself and all others similarly situated to her with respect to the claims she asserted.

　　　　2.　　Plaintiff alleged that Defendants violated the overtime provisions of the Fair Labor Standards Act ("FLSA") by failing to pay Plaintiff and other similarly-situated employees for computer boot-up and boot-down time.

　　　　3.　　Defendants answered the Complaint and Amended Complaint and denied any liability or wrongdoing of any kind.

　　　　4.　　On July 10, 2017, this Court granted the Parties' Joint Stipulation for Notice and Opt-In Period.

　　　　5.　　Notice was subsequently mailed to the potential class members and the notice period closed on September 27, 2017.

6. The Parties agree that bona fide disputes exist between them.

7. In an effort to reach a compromise and to avoid the expense and burden of litigation, the Parties have reached a settlement of all claims asserted in the pending Action (the terms of which are embodied in the attached Joint Stipulation of Settlement and Release and its three Appendices ("Settlement")), as well as any and all other claims Plaintiff Virginia Barnes has against Defendants (the terms of which are embodied in Appendix 2 to the Settlement and attached separately to this motion as Exhibit 2 for the Court's convenience).

8. The Settlement covers employees who opted into the Action and consented to be bound by any settlement reached by the Parties.

9. Plaintiffs' Counsel Molly Nephew and Jacob Rusch believe that the proposed Settlement is in the best interests of Representative Plaintiff and the Opt-In Party Plaintiffs.

10. Opt-In Party Plaintiffs Rodney Brown, Ebonie Dozier, Sarah Hughes, Tedra Jackson, Rodney Jackson, Vernett Mosby, Leah Pasela, Carolyn Pruett, and Catrera Willis are not receiving settlement payments because their claims are untimely even under a 3-year statute of limitations. The Parties request that the claims of these individuals be dismissed on the basis that they are untimely.

11. The proposed Settlement is contingent upon the Court's review and approval of it and issuance of an Order approving the Settlement as fair, adequate and reasonable. The parties believe that the Settlement is not covered by the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715 because it is the settlement of an FLSA collective action.

12. The Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and based upon the attached Settlement, hereby stipulate to the dismissal of this case with prejudice. Except as otherwise provided in the Settlement, the parties agree to bear their own attorneys' fees and costs. The Parties request that the Court retain jurisdiction to enforce the terms of the Settlement.

WHEREFORE, the Parties request that the Court review the Settlement and issue an Order (which is attached to the Settlement as Appendix 3 and also attached separately to this motion as Exhibit 3 for the Court's convenience), approving it as fair and reasonable, providing that it is not subject to CAFA, and that this case be stipulated as dismissed with prejudice.

Date:  December 15, 2017

Respectfully submitted,

| | |
|---|---|
| /s/ *Molly E. Nephew* | /s/ *Gregory V. Mersol* |
| Jacob R. Rusch (MN Bar No. 391892)* | Gregory V. Mersol (0030838) |
| Molly E. Nephew (MN Bar No. 397607)* | David A. Posner (0042174) |
| *PHV Admitted | Gilbert Brosky (0079855) |
| **JOHNSON BECKER, PLLC** | Carrie A. Valdez (0094004) |
| 444 Cedar Street, Suite 1800 | **BAKER & HOSTETLER LLP** |
| Saint Paul, Minnesota 55101 | Key Tower |
| Telephone: (612) 436-1800 | 127 Public Square, Suite 2000 |
| Fax: (612) 436-1801 | Cleveland, OH  44114-1214 |
| jrusch@johnsonbecker.com | Telephone:  (216) 621-0200 |
| mnephew@johnsonbecker.com | Facsimile:  (216) 696-0740 |
| | gmersol@bakerlaw.com |
| *Attorneys for Plaintiff* | dposner@bakerlaw.com |
| | gbrosky@bakerlaw.com |
| | cvaldez@bakerlaw.com |
| | |
| | *Attorneys for Defendants* |

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2017, a true and correct copy of the foregoing was filed electronically and is available for viewing and downloading from the ECF system.

*/s/ Gregory V. Mersol*
Attorney for Defendants